MICHAEL D. ROUNDS, ESQ., Nevada Bar No. 4734
mrounds@bhfs.com
MAXIMILIEN D. FETAZ, ESQ., Nevada Bar No. 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

MEGHAN C. MURPHEY, ESQ. (*pro hac vice*)
mcmurphey@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Telephone: (949) 863-3363
Facsimile: (949) 863-3350

*Attorneys for Plaintiff Cenegenics, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENEGENICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ETERNITY HEALTH, LLC, a Florida limited liability company; and ETERNITY HEALTH MD, an unknown entity,<br><br>Defendants. | CASE NO.: 2:19-cv-01675-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ETERNITY HEALTH, LLC AND ETERNITY HEALTH MD TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Plaintiff Cenegenics, LLC ("Plaintiff"), and Defendants Eternity Health LLC and Eternity Health MD ("Defendants"), by and through their representing counsel, hereby stipulate and agree to extend Defendants' time to answer or otherwise respond to Plaintiff's Complaint by 20 calendar days, from the current response deadline of November 7, 2019 to November 27, 2019.

///

///

///

///

1

The basis for the extension is to provide the Defendants' counsel, given their recent retention, with sufficient time to review Plaintiff's allegations and retain local counsel, and to provide the parties with time to discuss potential resolution of Plaintiff's claims.

IT IS SO STIPULATED:

DATED: November 7, 2019

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Meghan C. Murphey
_____
MICHAEL D. ROUNDS, ESQ.
Nevada Bar No. 4734
mrounds@bhfs.com
MAXIMILIEN D. FETAZ, ESQ.
Nevada Bar No. 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT
FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

BURKE, WILLIAMS & SORENSEN, LLP
MEGHAN C. MURPHEY, ESQ.
(*pro hac vice*)
mcmurphey@bwslaw.com
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Telephone: (949) 863-3363
Facsimile: (949) 863-3350
*Attorneys for Plaintiff*
*Cenegenics, LLC*

DATED: November 7, 2019

XANDER LAW GROUP, P.A.

_____
JOSE JAVIER TEURBE-TOLON, ESQ.
jose@xanderlaw.com
One N.E. 2nd Avenue, Suite 200
Miami, FL 33132
Telephone: (305) 767-2001
Facsimile: (855) 926-3370

*Attorneys for Defendants*
*Eternity Health, LLC and*
*Eternity Health MD*

**ORDER**

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 8, 2019