| | |
|---|---|
| 1 | MICHAEL D. ROUNDS, ESQ., Nevada Bar No. 4734 |
| | mrounds@bhfs.com |
| 2 | MAXIMILIEN D. FETAZ, ESQ., Nevada Bar No. 12737 |
| | mfetaz@bhfs.com |
| 3 | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| | 100 North City Parkway, Suite 1600 |
| 4 | Las Vegas, NV 89106-4614 |
| | Telephone: (702) 382-2101 |
| 5 | Facsimile: (702) 382-8135 |
| 6 | MEGHAN C. MURPHEY, ESQ. (*pro hac vice*) |
| | mcmurphey@bwslaw.com |
| 7 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 1851 East First Street, Suite 1550 |
| 8 | Santa Ana, CA 92705-4067 |
| | Telephone: (949) 863-3363 |
| 9 | Facsimile: (949) 863-3350 |
| 10 | *Attorneys for Plaintiff Cenegenics, LLC* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENEGENICS, LLC, | CASE NO.: 2:19-cv-01675-KJD-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF CENEGENICS, LLC TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |
| ETERNITY HEALTH, LLC, a Florida limited liability company; and ETERNITY HEALTH MD, an unknown entity, | |
| Defendants. | **(First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff Cenegenics, LLC ("Plaintiff"), and Defendants Eternity Health LLC and Eternity Health MD ("Defendants"), by and through their representing counsel, hereby stipulate and agree to extend Plaintiff's time to respond to Defendants' Motion to Dismiss ("Motion") [Dkt. No. 15], submitted with this Court on November 26, 2019 by fourteen calendar days, from the current response deadline of December 10, 2019 to December 24, 2019.

The parties are engaged in potential resolution discussions that if successful, will result in the termination of this action. Defendants' counsel is currently in trial, and discussions have consequently been delayed.

1

This is the first stipulation for extension of time to respond to the Motion.

IT IS SO STIPULATED:

| | |
|---|---|
| DATED: December 4, 2019 | DATED: December 4, 2019 |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | XANDER LAW GROUP, P.A. |
| /s/ Meghan C. Murphey<br>MICHAEL D. ROUNDS, ESQ.<br>Nevada Bar No. 4734<br>mrounds@bhfs.com<br>MAXIMILIEN D. FETAZ, ESQ.<br>Nevada Bar No. 12737<br>mfetaz@bhfs.com<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135<br><br>BURKE, WILLIAMS & SORENSEN, LLP<br>MEGHAN C. MURPHEY, ESQ.<br>(*pro hac vice*)<br>mcmurphey@bwslaw.com<br>1851 East First Street, Suite 1550<br>Santa Ana, CA 92705-4067<br>Telephone: (949) 863-3363<br>Facsimile: (949) 863-3350<br><br>*Attorneys for Plaintiff*<br>*Cenegenics, LLC* | /s/ Jose Javier Teurbe-Tolon<br>JOSE JAVIER TEURBE-TOLON, ESQ.<br>jose@xanderlaw.com<br>One N.E. 2nd Avenue, Suite 200<br>Miami, FL 33132<br>Telephone: (305) 767-2001<br>Facsimile: (855) 926-3370<br><br>VINCENT JAMES JOHN ROMEO<br>Nevada Bar No. 9670<br>Vincent.james.john.romeo@lvvjjr.com<br>VJJR Attorney at Law<br>5704 Indigo Bay Way<br>Las Vegas, NV 89131<br>Telephone (702) 530-9242<br>Facsimile: (888) 636-2928<br><br>*Attorneys for Defendants*<br>*Eternity Health, LLC and*<br>*Eternity Health MD* |

**ORDER**

**IT IS SO ORDERED:**

_____
U.S. DISTRICT COURT JUDGE

DATED:   12/6/2019