MICHAEL D. ROUNDS, ESQ., Nevada Bar No. 4734
mrounds@bhfs.com
MAXIMILIEN D. FETAZ, ESQ., Nevada Bar No. 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

MEGHAN C. MURPHEY, ESQ. (*pro hac vice*)
mcmurphey@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Telephone: (949) 863-3363
Facsimile: (949) 863-3350

*Attorneys for Plaintiff Cenegenics, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENEGENICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ETERNITY HEALTH, LLC, a Florida limited liability company; and ETERNITY HEALTH MD, an unknown entity,<br><br>Defendants. | CASE NO.: 2:19-cv-01675-KJD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Cenegenics, LLC ("Plaintiff") and Defendants Eternity Health, LLC and Eternity Health MD ("Defendants"), by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of the parties' reaching a written settlement agreement that resolves all claims against Defendants, to the Dismissal With Prejudice of this action, with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED:

DATED: January 9, 2020

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Meghan C. Murphey
MICHAEL D. ROUNDS, ESQ.
Nevada Bar No. 4734
mrounds@bhfs.com
MAXIMILIEN D. FETAZ, ESQ.
Nevada Bar No. 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT
FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

BURKE, WILLIAMS & SORENSEN, LLP
MEGHAN C. MURPHEY, ESQ.
(*pro hac vice*)
mcmurphey@bwslaw.com
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Telephone: (949) 863-3363
Facsimile: (949) 863-3350

*Attorneys for Plaintiff*
*Cenegenics, LLC*

DATED: January 9, 2020

XANDER LAW GROUP, P.A.

/s/ Jose Javier Teurbe-Tolon
JOSE JAVIER TEURBE-TOLON, ESQ.
jose@xanderlaw.com
One N.E. 2nd Avenue, Suite 200
Miami, FL 33132
Telephone: (305) 767-2001
Facsimile: (855) 926-3370

*Attorneys for Defendants*
*Eternity Health, LLC and*
*Eternity Health MD*

**ORDER**

**IT IS SO ORDERED:**

_____
U.S. DISTRICT COURT JUDGE

DATED: 1/13/2020